**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-11410-elf |
|    Edward Joseph Dougherty | : Chapter 13 |
|       Debtor | : |
| | : |
| | : |
| Washington Savings Bank | : |
| | : |
|       Movant | : |
| | : |
|    vs. | : |
| | : |
| Edward Joseph Dougherty | : |
| | : |
|       Debtor/Respondent | : |
| | : |
|    and | : |
| | : |
| William C. Miller, Esquire | : |
|       Trustee/Respondent | : |

**OBJECTION TO CONFIRMATION OF THE PLAN**

Washington Savings Bank ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Edward Joseph Dougherty ("Debtor"), as follows:

1.    As of the bankruptcy filing date of March 1, 2018, Movant holds a secured claim against the Debtor's property, located at: 12610 Ramer Road, Philadelphia, PA 19154.

2.    Movant filed a Proof of Claim ("POC") in the amount of $2,132.23 for pre-petition arrears on April 23, 2018.

3.    The Plan currently provides for payment to Movant in the amount of $1,600.00 for pre-petition arrears, which is an amount smaller than Movant's POC.

4.    The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5.    The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.    Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6).  The Plan proposed by Debtor is not feasible.  Movant requests that the bankruptcy

case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 04/24/2018

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121